UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DARYL OVERKA, DEREK BASZKIEWICZ,           )
KEVIN CORRIGAN, KENNETH LEONE,  PETER      )
FREDDURA, ANTHONY CARMOSINO, MARC          )
BENNETT, JORGE MARTINEZ, ROBERT            )
MONZIONE, DANA YOUNG, VESSELLE             )
MULBAH, ANTHONY CACCIOLA, DON DIFIORE,     )
RITSON DESROSIERS, MARCELINO COLETA,       )
TONY PASUY, LAURENCE ALLSOP, ANDREA        )
CONNOLLY, DEREK WATSON, MICHAEL HOOD,      )
NELSON STOOT, JAMES BROOKS, ROY            )
HARPER, RONALD FORD, BRIAN SCHALK,         )   Civil Action No. 1:08-cv-10686
And all others similarly situated,         )
                                           )
    Plaintiffs,                            )
                                           )
    v.                                     )
                                           )
AMERICAN AIRLINES, INC.,                   )
                                           )
    Defendant.                             )
_____)

**AMERICAN AIRLINES, INC.'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT**

In light of two recent cases constituting binding precedent upon this court, *Northwest, Inc. v. Ginsberg*, -- US – (2014), 2014 WL 1301865 and *Brown v. United Airlines*, 720 F.3d 60 (2013), cert denied, --- S.Ct. ----, 2014 WL 1343623, American Airlines, Inc. ("American") moves this Court to dismiss the Plaintiffs' claims asserted in the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  As the Supreme Court and the First Circuit have repeatedly established, all of the Plaintiffs' claims are preempted by the Airline Deregulation Act ("ADA").  *Ginsberg*, 2014 WL 1301865; *Rowe v. New Hampshire Motor Transport Association*, 128 S.Ct. 989 (2008); *Brown*, 720 F.3d 60; *DiFiore v. American Airlines, Inc.*, 646 F.3d 81 (1st Cir. 2011).  Additionally, the claims asserted by the Massachusetts Plaintiffs are ripe for

dismissal under *DiFiore v. American Airlines, Inc.,* 646 F.3d 81 (2011). American thus requests entry of judgment in its favor on all counts of the Plaintiffs' Amended Complaint, together with costs, fees, and all other such relief as the Court deems appropriate.  In support of this motion, American has submitted a Memorandum of Law filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) of the United States District Court for the District of Massachusetts, American Airlines, Inc. hereby requests oral argument and wishes to be heard on this motion to dismiss as it may assist the Court.

Date:  May 9, 2014

                      Respectfully submitted,
                      **AMERICAN AIRLINES, INC.,**
                      By its Attorneys,

                      */s/ Amy Cashore Mariani*_____
                      Amy Cashore Mariani, Esq., BBO #630160
                      amariani@fitzhughlaw.com
                      Michael A. Fitzhugh, Esq., BBO #169700
                      mfitzhugh@fitzhughlaw.com
                      David J. Volkin, Esq., BBO#630743
                      dvolkin@fitzhughlaw.com
                      **FITZHUGH & MARIANI LLP**
                      155 Federal Street, Suite 1700
                      Boston, MA 02110-1727
                      (617) 695-2330

**CERTIFICATE OF CONFERENCE PURSUANT TO LR 7.1 (A)(2)**

I hereby certify that on April 23, 2014, I conferred in good faith with Attorney Liss-Riordan via telephone conference regarding said motion.

                      */s/ Amy Cashore Mariani*
                      Amy Cashore Mariani

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed today through the ECF system and will be submitted by hand and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 9, 2014.

      */s/ Amy Cashore Mariani*
      Amy Cashore Mariani