UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 08-cv-10686-WGY

OVERKA et al
Plaintiff

v.

AMERICAN AIRLINES INC.
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

      After a hearing held on July 31, 2014, this Court Orders that Defendant's Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed.

Robert M. Farrell
Clerk

By:    /s/ Jennifer Gaudet
          Deputy Clerk

August 13, 2014